Clerk's Office
Filed Date: 7/27/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| The International Association of Heat and Frost Insulators and Allied Workers Local 12 of New York City, Welfare Fund of Heat and Frost Insulators Local 12, Pension Fund of Heat and Frost Insulators Local 12, Vacation Fund of Heat and Frost Insulators Local 12, Annuity Fund of Heat and Frost Insulators Local 12, Apprentice Journeyworker Education Fund Heat and Frost Insulators Local 12,<br><br>Plaintiffs,<br><br>v.<br><br>Minosis Group, Inc., MIMGT LLC, Minosis Inc., MITG LLC, Marido Industries, Inc., Michael Theodorobeakos a/k/a Michael Theodor and Grecia Theodorobeakos a/k/a Grace Theodorobeakos a/k/a Grace Theodor,<br><br>Defendants. | Civil Action No. 20-cv-5948 MKB-RLM<br><br>STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiffs The International Association of Heat and Frost Insulators and Allied Workers Local 12 of New York City; Welfare Fund of Heat and Frost Insulators Local 12, Pension Fund of Heat and Frost Insulators Local 12; Vacation Fund of Heat and Frost Insulators Local 12, Annuity Fund of Heat and Frost Insulators Local 12; Apprentice Journeyworker Education Fund Heat and Frost Insulators Local 12 and Defendants Minosis Group, Inc., MIMGT LLC, Minosis Inc., MITG LLC, Michael Theodorobeakos a/k/a Michael Theodor and Grecia Theodorobeakos a/k/a Grace Theodorobeakos a/k/a Grace Theodor, through their undersigned counsel, that this

action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: New York, New York
July 26, 2021

By: _____
Patricia Lynne Boland

COLLERAN, O'HARA & MILLS LLP
100 Crossways Park Drive W
Suite 200
Woodbury, New York 11797
(516) 248-5757
Email: plb@cohmlaw.com
*Attorneys for Plaintiffs*

Dated: New York, New York
July 26, 2021

By: _____
Eric Su

CROWELL & MORING, LLP
590 Madison Avenue
20th Floor
New York, New York 10022
212-803-4041
Email: esu@crowell.com
*Attorneys for Defendants*

Minosis Group, Inc., MIMGT LLC, Minosis Inc., MITG LLC, Michael Theodorobeakos a/k/a Michael Theodor and Grecia Theodorobeakos a/k/a Grace Theodorobeakos a/k/a Grace Theodor

SO ORDERED:
s/ MKB 7/27/2021
_____
MARGO K. BRODIE
United States District Judge